XAVIER BECERRA, State Bar No. 118517
Attorney General of California
CHRISTOPHER J. BECKER, State Bar No. 230529
Supervising Deputy Attorney General
ANDREA R. SLOAN, State Bar No. 265421
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7362
  Fax: (916) 324-5205
  E-mail: Andrea.Sloan@doj.ca.gov
*Attorneys for Defendants*
*Ruff, McCarver, Robertson, Harrington, and Cser*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MICHAEL A. SAAVEDRA,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>KELLY HARRINGTON, et al.,<br><br>　　　　　　　　　　　Defendants. | 2:15-cv-0898 AC (PC)<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**<br>**(Fed. R. Civ. P. 41(a)(1)(A)(ii))** |

　　Plaintiff Michael A. Saavedra and Defendants Ruff, Robertson, Harrington, and Cser have resolved this case in its entirety. Therefore, the parties stipulate to a dismissal of this action with prejudice against Defendants Ruff, Robertson, Harrington, and Cser under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

///

///

///

///

///

1

Each party shall bear its own litigation costs and attorney's fees.

It is so stipulated.

Dated: 1/8/18

_____
Plaintiff

Dated: January 8, 2018

_____
Andrea R. Sloan
Deputy Attorney General
California Attorney General's Office
*Attorney for Defendants Cser, McCarver, Harrington, Ruff, and Robertson*

SA2017305511
33212521.docx

2

Stip. Voluntary Dismissal [Fed.R.Civ.P. 41(a)(1)(A)(ii)]   (2:15-cv-0898 AC (PC))

# DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Michael Saavedra v. Harrington, et al.**
No.:         **2:15-cv-0898 AC (PC)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

On **January 8, 2018**, I served the attached:

- **STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE (Fed. R. Civ. P. 41(a)(1)(A)(ii))**

by placing a true copy thereof enclosed in a sealed envelope in the internal mail collection system at the Office of the Attorney General at 1300 I Street, Suite 125, P.O. Box 944255, Sacramento, CA 94244-2550, addressed as follows:

Michael Anthony Saavedra
9572 Pebble Brook Drive
Moreno Valley, CA  92557
*In Pro Per*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **January 8, 2018**, at Sacramento, California.

D. Jones
Declarant

*[Signature]*
Signature

SA2017305511
33217621.docx

3

Stip. Voluntary Dismissal [Fed.R.Civ.P. 41(a)(1)(A)(ii)]   (2:15-cv-0898 AC (PC))